UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD SATISH EMRIT,

                Plaintiff,

-against-

SECRETARY OF THE ARMY,

                Defendant.

23-CV-2547 (LTS)

ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On May 16, 2014, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Emrit v. AOL Time Warner*, ECF 1:14-CV-0314, 13 (S.D.N.Y. May 16, 2014). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court.[1] The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the May 16, 2014, order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] Plaintiff originally filed this action in the United States District Court for the Western District of New York, and by order dated March 10, 2023, that court transferred the action to this court. (ECF 3.) Plaintiff's complaint is virtually identical to previously filed complaints that have been transferred to this District. *See Emrit v. FBI*, ECF 1:23-CV-2540, 1 (S.D.N.Y.) (pending); *Emrit v. Special Agent*, ECF 1:23-CV-0569, 7 (S.D.N.Y. Jan. 30, 2023) (dismissing without prejudice, under 28 U.S.C. § 1651, complaint filed in the United States District Court for the District of Columbia); *Emrit v. Special Agent*, ECF 1:22-CV-10804, 6 (S.D.N.Y. Dec. 27, 2022) (dismissing without prejudice, under 28 U.S.C. § 1651, complaint filed in the United States District Court for the Eastern District of Pennsylvania); *Emrit v. Special Agent*, ECF 1:22-CV-10740, 9 (S.D.N.Y. Dec. 21, 2022) (dismissing without prejudice, under 28 U.S.C. § 1651, complaint filed in the United States District Court for the Northern District of New York); *Emrit v. Special Agent*, ECF 1:22-CV-9832, 6 (S.D.N.Y. Dec. 1, 2022) (dismissing without prejudice, under 28 U.S.C. § 1651, complaint filed in the United States District Court for the Eastern District of New York), *appeal dismissed,* No. 22-3173 (2d Cir. Jan. 19, 2023).

      The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:   March 27, 2023
           New York, New York

                                                 /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                            Chief United States District Judge